**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HERJIT S., | Case No. 1:26-cv-00162 KES SKO (HC) |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE |
| v. | |
| MINGA WOFFORD, Mesa Verde ICE Processing Center Facility Administrator, et al., | |
| Respondents. | Doc. 15 |

Petitioner Herjit S. is a former immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging his detention based on violations of his due process rights and the Immigration and Nationality Act. *See generally* Doc. 1.

On January 10, 2026, Petitioner filed a motion for temporary restraining order. Doc. 2. The Court converted the motion into one for a preliminary injunction, granted the preliminary injunction, and ordered Respondents to release Petitioner immediately. The Court referred the matter to the magistrate judge for further proceedings. Doc. 10. The parties declined to submit additional briefs prior to adjudication of the petition. Docs. 13, 14.

On February 10, 2026, the magistrate judge issued findings and recommendations to grant the petition for the reasons identified in the order granting the preliminary injunction, finding that "Petitioner's re-detention without a pre-deprivation bond hearing violated the Due Process Clause

1

of the Fifth Amendment." Doc. 15 at 2.  The Court served the findings and recommendations upon all parties, including a notice that any objections were to be filed within 21 days.  Neither Petitioner nor Respondents filed objections, and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1), the Court conducted a de novo review.  Having carefully reviewed the entire case, the Court concludes the findings and recommendations are supported by the record and proper analysis.  The Court **ORDERS**:

1.    The findings and recommendations issued on February 10, 2026 (Doc. 15) are **ADOPTED** in full.

2.    The petition for writ of habeas corpus is **GRANTED**.

3.    Respondents are **ENJOINED** and **RESTRAINED** from re-detaining Petitioner Herjit S. unless they demonstrate, by clear and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker, that he is a flight risk or danger to the community such that his physical custody is legally justified.[1]

4.    The Clerk of Court is directed to enter judgment and close the case.

IT IS SO ORDERED.

Dated:    May 1, 2026

_____
UNITED STATES DISTRICT JUDGE

---

[1] This Order does not address the circumstances in which Respondents may detain Petitioner in the event he becomes subject to an executable final order of removal.

2